IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LHF Productions, Inc., a Nevada Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>John and Jane Doe 1-13,<br><br>    Defendants. | Case No. CV-16-03283-PHX-MHB<br><br>**ORDER** |

  The Court, having reviewed Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference (Doc. 7), and good cause appearing for granting the relief requested in part,

  **IT IS ORDERED** granting Plaintiff's Motion (Doc. 7), IN PART,

  **IT IS FURTHER ORDERED** as follows:

  1. Plaintiff may immediately serve subpoenas pursuant to Fed. R. Civ. P. 45 upon the ISPs Plaintiff identifies that can provide the true name and address of each of the 13 Doe Defendants that Plaintiff has identified in Exhibit A of its Complaint.

  2. Any ISP so served shall have seven (7) calendar days after service of any subpoenas to notify subscriber(s) that their indetit(y/ies) have been subpoenaed by Plaintiff. Each subscriber whose identity has been subpoenaed shall have twenty-one (21) calendar days from the date of such notice to file a responsible pleading or motion to quash. If no such responsive pleading or motion is filed, the ISP shall have ten (10) days

1. thereafter to produce the information responsive to the subpoena(s).

2. 3. Any information disclosed to Plaintiff in response to any subpoena issued pursuant to this order may only be used by Plaintiff to prosecute its claims in its Complaint under the Copyright Act, 17 U.S.C. §101, *et seq*. Plaintiff may not release any identifying information to third parties or publicize it without an Order allowing such release.

Dated this 10th day of November, 2016.

Honorable Michelle H. Burns
United States Magistrate Judge