Steven C. Vondran, SBN 025911
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
2415 E. Camelback Road, Suite 700
Phoenix, AZ  85016
Telephone: (877) 276-5084
Facsimile:  (888) 551-2252
steve@vondranlegal.com

Attorney for IP ADDRESS 70.162.72.203

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARICOPA

| | |
|---|---|
| LHF Productions, Inc., a Nevada Corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br>John and Jane Doe 1-13,<br><br>　　　　　Defendants. | No. 2:16-cv-03283-MHB<br><br>**NOTICE OF APPEARANCE FOR IP ADDRESS 70.162.72.203** |

　　　　Please take notice that Steven C. Vondran, Esq. of The Law Offices of Steven C. Vondran PC, hereby appears as counsel on behalf of IP Address 70.162.72.203.

　　　　DATED this 13th day of December 2016.

　　　　　　　　　　　　　　　　　　　**THE LAW OFFICES OF STEVEN VONDRAN, P.C.**


　　　　　　　　　　　　　　　　　　　By /S/  Steve Vondran
　　　　　　　　　　　　　　　　　　　　　Steven C. Vondran, Esq.
　　　　　　　　　　　　　　　　　　　　　*Attorneys for IP Address* 68.197.88.160

1  **ORIGINAL** of the foregoing *e-filed* this
<u>13th</u> day of December 2016, with:
2

3  Clerk of the Court
UNITED STATES DISTRICT COURT
4  **COPY** *delivered* this date via PACER Court to:

5  The Honorable Michelle H. Burns
United States District Court
6  Sandra Day O'Connor U.S. Courthouse, Suite 323
401 West Washington Street, SPC 12
7  Phoenix, Arizona 85003-2160

8
**COPY** *mailed* this date to:
9
Kercsmar & Feltus PLLC
10 7150 East Camelback Rd, Suite 285
Scottsdale, Arizona  85251
11 Attn: Mr. Gregory B. Collins
*Attorneys for Plaintiff*
12

13 <u>/S/  Lisa Vondran          </u>

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28